UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

In re: JAMES H COLEMAN                                    Case No: 4:24-bk-12384 T

OBJECTION TO CONFIRMATION OF PLAN

Comes now Jack W Gooding, Standing Trustee for Chapter 13 cases, for his objection to the plan of the above debtor(s) states:

1.  11 U.S.C. 1325(b)(1) payments to be paid to unsecured creditors are inconsistent with disposable income.  The debtor proposes to keep a 2015 Can Am Spyder which is not necessary for an effective reorganization.

2.  11 U.S.C. 521(a) Debtor has failed to provide payroll statements for the sixty days preceding the date of filing the bankruptcy petition.

3.  11 U.S.C. 1325(a)(1) the plan does not comply with the provisions of Chapter 13 and with other applicable provisions of the Bankruptcy Code.  The debtor's schedules are incomplete regarding the debtor's personal property and should be updated.  The budget schedules reflect ongoing car loan payments that appear to end during the term of the Chapter 13 bankruptcy.  The plan as proposed fails to specify when the step payments are to take effect.  The Trustee would require additional documentation with regard to the car loan payments, specifically when each scheduled payment will end.  The debtor's plan sections 3.2 and 6.3 are inconsistent regarding the debtor's mortgage and should be amended.

4.  11 U.S.C. 521(a)(1) The debtor has failed to provide to the Trustee a statement of itemized Current Monthly Income.

Wherefore, your petitioner prays for an order denying confirmation of the plan and dismissing this case and for all other just and proper relief to which he may be entitled.

Dated:  8/20/2024                                         /s/  Jack W Gooding
                                                          _____
                                                          CHAPTER 13 TRUSTEE

CERTIFICATE OF SERVICE

I, Jack W Gooding, do hereby certify that a true and correct copy has been mailed this day, 8/20/2024, with sufficient postage to assure delivery to the following:

James H Coleman
385 Calvary Circle
Lonoke, Ar  72086

Kent Pray - Electronically by ECF

/s/ Jack W Gooding

CHAPTER 13 TRUSTEE